THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK OGLESBY, Appellant. [714 NYS2d 894] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Vaughan, J.), rendered September 3, 1997, convicting him of robbery in the first degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is reversed, on the law, and a new trial is ordered.

Before the end of the suppression hearing, the defendant, an indigent, requested a copy of the transcript of the suppression hearing. By forcing the defendant to go to trial before he received the entire transcript, the trial court committed reversible error (*see, People v Coleman,* 81 NY2d 826; *People v Sanders,* 31 NY2d 463).

We note that the defendant was improperly adjudicated a persistent violent felony offender (*see,* Penal Law § 70.04 [1] [b]; § 70.08 [1] [a]; *People v Morse,* 62 NY2d 205).

The defendant's remaining contentions are without merit. Ritter, J. P., H. Miller, Feuerstein and Smith, JJ., concur.